✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____ARKANSAS_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| Timothy L. Cable | Case Number:  4:11CR40011 |
|  | USM Number:  16372-045 |
|  | Jason Horton |
|  | Defendant's Attorney |

**THE DEFENDANT:**

**X**  plead guilty to violation of condition(s)  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard # 2 | Failure to Submit Monthly Reports: Oct. & Nov. 2011. | 12/6/2011 |
| Standard # 6 | Absconded from Supervision beginning October 27, 2011. | 12/6/2011 |
| Standard # 5 | Employment related violations | 10/14/2011 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.  The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: | ***-**-0913 | March 20, 2012 |
|---|---|---|
|  |  | Date of Imposition of Judgment |
| Defendant's Date of Birth: | **/**/1971 |  |
|  |  | /S/ Harry F. Barnes |
|  |  | Signature of Judge |
| Defendant's Residence Address: |  |  |
| ************** |  |  |
| Lewisville, AR 71845 |  | Honorable Harry F. Barnes, Senior United States District Judge |
|  |  | Name and Title of Judge |
|  |  | March 21, 2012 |
|  |  | Date |
| Defendant's Mailing Address: |  |  |
| Same as above |  |  |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT:         Timothy L. Cable
CASE NUMBER:       4:11CR40011-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    **Eight (8) months, with credit for time served since 2/16/2012, with no supervision to follow.**

X    The court makes the following recommendations to the Bureau of Prisons:
        That the defendant be allowed to participate in a substance abuse treatment program while incarcerated.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL